NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARCEL HOLLOMAN, DOC #T52639,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　Case No. 2D17-3429
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for
Hillsborough County; Thomas Barber,
Judge.

Marcel Holloman, DOC #T52639,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


　　　　　　　　Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.